IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RICK DENNIS STROBEL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DEPT. OF CORRECTIONS, CAPT. BRAGG, MCKENZIE LYONS, CURT MCALPIN,<br><br>　　　　Defendants. | CV 23-14-H-BMM-JTJ<br><br>Order |

Plaintiff Rick Dennis Strobel filed a Complaint in this action on February 21, 2023. Strobel already has an action regarding the same incidents and defendants in CV 23-5-H-SEH. He has notified the Court that he intended to file the Complaint here as an Amended Complaint in CV 23-5-H-SEH. (Doc. 4.)

Accordingly, it is HEREBY ORDERED:

1.　The Clerk of Court is directed to file Strobel's Complaint from CV 23-14-BMM-JTJ in CV 23-5-H-SEH as an Amended Complaint. Judge Haddon will proceed to screening Strobel's Amended Complaint in due course.

2.　The Clerk of Court is directed to close CV 23-14-BMM-JTJ and moot all pending motions. All further proceedings will occur in CV 23-5-H-SEH.

3. At all times, Strobel must keep the Court notified of any change of address. Failure to do so may result in dismissal pursuant to Fed. R. Civ. P. 41.

Dated this 29th day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court